CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Josie Zimmermann, Esq., SBN 324511
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; Fax (888) 422-5191
josiez@potterhandy.com

Attorneys for Plaintiff

LAW OFFICE OF KATHERINE R MOORE
Katherine R. Moore, Esq., SBN 199808
David Banie, Esq., SBN 217924
Charles P. Stone, Esq., SBN 224897
600 Allerton Street, Suite 202
Redwood City, CA 94063
Tel: (650) 995-7312; Fax: (650) 995-7862
Email: kate.moore@katemoorelaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LOCADIA ZAVALZA, an individual, and MARTHA ZAVALZA, an individual, <br><br> Defendants. | Case No.: 4:22-cv-01127-HSG <br><br> **JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE; AND ORDER** <br><br> HON. HAYWOOD S. GILLIAM, JR. |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

1. WHEREAS, on July 5, 2022, the parties filed a Joint Stipulation to Extend Site Inspection Deadline (Dkt. 30) that enlarged the deadline to hold a joint inspection to July 20, 2022;

2. WHEREAS, on July 5, 2022, the Court entered an order on that Joint Stipulation to Extend Site Inspection Deadline (Dkt 31), thereby extending that deadline, accordingly;

3. WHEREAS, the parties require additional time to discuss settlement prior to the joint site inspection; and

4. WHEREAS, the Parties have now agreed to inspect the property by August 19, 2022.

5. THEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and including August 19, 2022. The parties request that all other dates that are calculated based on the inspection date be adjusted accordingly.

IT IS SO STIPULATED.

Dated: July 15, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: */s/ Josie Zimmermann*
                                            Josie Zimmermann, Esq.
                                            Attorney for Plaintiff

Dated:  July 15, 2022                   LAW OFFICE OF KATHERINE R MOORE

                                        By: */s/ David Banie*
                                            David Banie, Esq.
                                            Attorney for Defendants

| | |
|---|---|
| 1 | |
| 2 | **SIGNATURE ATTESTATION** |
| 3 | |
| 4 | I hereby attest that all signatories listed above, on whose behalf this Stipulation |
| 5 | is submitted, concur in the filing's content and have authorized the filing. |

Dated: July 15, 2022                          CENTER FOR DISABILITY ACCESS

                                              By: */s/ David Banie*
                                                  David Banie, Esq.
                                                  Attorney for Defendants

**ORDER**

The Parties having so stipulated and good cause appearing.

IT IS HEREBY ORDERED that the deadline for the Parties to complete the joint site inspection is extended to and including August 19, 2022, with all dates triggered by that deadline continued, accordingly.

Dated: 7/15/2022

_____
The Hon. Haywood S. Gilliam, Jr.