|   |   |
|---|---|
| 1 | Katherine R. Moore, Esq. (SBN 199808) |
| 2 | David Banie, Esq. (SBN 217924)<br>LAW OFFICE OF KATHERINE R MOORE |
| 3 | A Professional Corporation<br>600 Allerton Street, Suite 202 |
| 4 | Redwood City, CA 94063<br>Tele: (650) 995-7312 |
| 5 | Fax:  (650) 995-7862<br>Email: kate.moore@katemoorelaw.com |
| 6 | Attorneys for Defendants<br> LOCADIO ZAVALZA and MARTHA ZAVALZA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | No. 4:22-cv-01127-HSG |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANTS' ADMINISTRATIVE REQUEST TO TEMPORARILY SET ASIDE GENERAL ORDER NO. 56'S DISCOVERY STAY AND FOR LIMITED DISCOVERY ON THIS COURT'S JURISDICTION TO HEAR PLAINTIFF ORLANDO GARCIA'S ADA CLAIM**<br>**(CIVIL L.R. 7-11)** |
| v. |  |
| LOCADIO ZAVALZA., an individual, and MARTHA ZAVALZA, an individual, |  |
| Defendants. |  |
|  | Action Filed: February 24, 2022<br>Judge: Hon. Haywood Gilliam, Jr. |

*Garcia v. Zavalza,*, Case No. 4:22-cv-01127-HSG
DEFENDANTS' ADMINISTRATIVE REQUEST

- 1 -

1    **ORDER DENYING DEFENDANTS' ADMINITSRATIVE REQUEST**

2        This Matter has come before the Court on Defendants Administrative Request to Temporarily

3    Set Aside General Order No. 56's Discovery Stay and for Limited Discovery on this Court's

4    Jurisdiction to Adjudicate Plaintiff Orlando Garcia's Americans with Disabilities Act Claim (the

5    "Administrative Request"). This Court has reviewed the Request, and it is hereby **DENIED.**

7    DATED:   8/17/2022



- 1 -