UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia**,

        Plaintiff,

v.

**Locadio Zavalza;**
**Martha Zavalza**

        Defendants.

Case: No.4:22-CV-01127-HSG

~~XXXXXXX~~
**[proposed] ORDER GRANTING**
**JOINT THIRD STIPULATION**
**TO EXTEND SITE**
**INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including September 19, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated:   8/18/2022

*Haywood S. Gill, Jr.*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1