UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Locadio Zavalza; Martha Zavalza** <br><br><br> Defendants. | Case No.: 4:22-CV-01127-HSG <br><br> **ORDER DENYING Motion for Administrative Relief** |

Having reviewed Plaintiff's motion seeking administrative relief, the Court hereby DENIES Plaintiff's motion.

Dated: 9/13/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

*DENIED* — Judge Haywood S. Gilliam Jr.

1