Katherine R. Moore, Esq. (SBN 199808)
David Banie, Esq. (SBN 217924)
LAW OFFICE OF KATHERINE R MOORE
A Professional Corporation
600 Allerton Street, Suite 202
Redwood City, CA 94063
Tele: (650) 995-7312
Fax:  (650) 995-7862
Email: kate.moore@katemoorelaw.com
Attorneys for Defendants

Attorneys for Defendants
 LOCADIO ZAVALZA and MARTHA ZAVALZA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>      Plaintiff,<br><br>v.<br><br>LOCADIO ZAVALZA, an individual, and MARTHA ZAVALZA, an individual,<br><br>      Defendants. | No. 4:22-cv-01127-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE REMOTELY (January 3, 2023) (AS MODIFIED)**<br><br>Action Filed: February 24, 2022<br>Judge: Hon. Haywood Gilliam, Jr. |

- 5 -

*Garcia v. Zavalza.,* Case No. 4:22-cv-01127-HSG
Administrative Request

- 6 -

### ORDER GRANTING DEFENDANTS ADMINITSRATIVE REQUEST

This Matter has come before the Court on Defendants' Administrative Request (the "Administrative Request"). This Court has reviewed the Request, and hereby finds good cause exists for it to be granted.

IT IS HEREBY ORDERED that:

1. The Administrative Request is hereby GRANTED;
2. Katherine R. Moore, counsel for defendants, may call into the Judge's AT&T conference line to participate in the Case Management Conference scheduled for January 3, 2023 in this matter.
3. The dial-in information to access the call is:  Dial-In:  888-808-6929/Passcode: 6064255.

DATED:   12/30/2022

_Haywood S. Gill Jr._
The Honorable Haywood Gilliam, Jr.
United States District Judge